IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOWNSQUARE MEDIA, INC.,            )
                                   )
      Plaintiff,                )
                                   )
                                   )
vs.                                )   CASE NO. 3:11-0248
                                   )   JUDGE CAMPBELL/KNOWLES
                                   )
                                   )
DEBUT BROADCASTING                 )
CORPORATION, INC., DEBUT           )
BROADCASTING ENTERPRISES           )
INC., IMPACT RADIO NETWORKS,       )
INC., THE MARKETING GROUP, INC.,   )
                                   )
      Defendants.               )

# REPORT AND RECOMMENDATION

On March 17, 2011, this action was transferred to this Court from the United States District Court for the Southern District of New York. Docket No. 15.

On May 10, 2011, the undersigned entered an Order stating in part as follows:

> On March 18, 2011, the Clerk entered a "Notice of Electronic Filing" providing as follows:
>
>> NOTICE TO COUNSEL Martin S. Cole and David S. Douglas of New York: WITHIN 20 DAYS, counsel shall file a Motion to Appear Pro Hac Vice, a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, and pay a fee of $75.00 (LR 83.01(d)) Counsel shall associate local counsel qualified to practice in the United States District Court for the Middle District of Tennessee. Local counsel shall electronically file a Notice of Appearance (LR 83.01(h)).
>
> . . .

> Plaintiff's New York counsel, Martin S. Cole, Esq., has failed to
> comply with the Local Rules of Court. He has not filed a Motion
> to Appear Pro Hac Vice, he has not filed a Certificate of Good
> Standing, he has not paid the pro hac vice fee, and he has not
> associated local counsel qualified to practice in the United
> States District Court for the Middle District of Tennessee.
>
> On or before May 24, 2011, Plaintiff's counsel shall file a
> Response to this Order, explaining why he has failed to comply
> with the Court's Local Rules as set forth above.

Docket No. 21.

Plaintiff's counsel has not filed a Response as he was ordered to do.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action and failure to comply with the Court's previous Order.

The Initial Case Management Conference set for June 1, 2011, is CANCELLED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge