UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOWNSQUARE MEDIA, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | ) No. 3:11-0248 |
| | ) Judge Sharp |
| DEBUT BROADCASTING | ) |
| CORPORATION, INC., *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On May 27, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket No. 22), recommending that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute, and failure to comply with a March 18, 2011 Order of the Court. Despite being specifically advised in the R & R that any objections to the recommendation were to be filed within fourteen days, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommended disposition. Accordingly,

(1) The R & R (Docket No. 22) is hereby ACCEPTED and APPROVED; and

(2) This case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action, and failure to comply with the March 18, 2011 Order.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE