**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TOWNSQUARE MEDIA, INC.** | ) |
| | ) |
| **v.** | ) **Civil Action No. 3:11-0248** |
| | ) **Judge Campbell/Knowles** |
| **DEBUT BROADCASTING** | ) |
| **CORPORATION, INC, et al.** | ) |

**O R D E R**

A Case Management Conference is set for **March 13, 2014, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge