IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOWNSQUARE MEDIA, INC., ) | |
| ) | |
| PLAINTIFF ) | |
| ) | NO. 3:11- CV-00248 |
| v. ) | JUDGE SHARP |
| ) | |
| DEBUT BROADCASTING ) | |
| CORPORATION, INC. ET, AL, ) | |
| ) | |
| DEFENDANTS. ) | |

## SCHEDULING ORDER

Defendant Debut Broadcasting Corporation, Inc. ("Debut") and Plaintiff Townsquare Media, Inc. ("Townsquare") tender this Proposed Joint Scheduling Order as follows:

**1.  LR 16.01(d)(2)a.:**

This court has jurisdiction pursuant to 28 U.S.C. §1332, in that there is complete diversity of citizenship between the parties, and plaintiff's claimed damages are in excess of $75,000.00.

**2.  LR 16.01(a)(2)g.:**

All of Plaintiff's fact depositions and written discovery in this case shall be completed by May 31, 2014.

**3.  LR 16.01(d)(2)j.:**

All of Defendants' fact depositions and written discovery shall be completed by July 31, 2014.

**4.  LR 16.01(d)(2)g.:**

All of Plaintiff's expert proof shall be completed no later than August 31, 2014.

The deadline for filing discovery-related Motions regarding fact discovery is August 10, 2014.

5. **LR 16.01(d)(2)g.:**

All of Defendants' expert proof shall be completed no later than November 30, 2014.

6. **LR 16.01(d)(2):**

The Parties agree and the Court adopts as the deadline for filing Motions to Amend the Pleadings is June 30, 2014.

7. **LR 16.01(d)(2):**

The Parties agree and the Court adopts as Court the deadline for the filing of dispositive motions January 9, 2015.

8. **LR 16.01(d)(2)I:**

The deadline for settlement conference or ADR to be completed is January 31, 2015.

9. **LR 16.01(d)(2)k:** **The scheduling of any necessary hearings in pending or anticipated issues before the Case Management judge.**

No hearings have been requested or scheduled at this time.

10. This case is set for jury trial on May 19, 2015, before Judge Sharp. The pretrial conference is set for April 27, 2015, at 1:30 p.m.

Entered this _____ day of March, 2014.

*[signature: E. Clifton Knowles]*

E. CLIFTON KNOWLES
United States Magistrate Judge